No. 94–8750. BRENT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8751. FLOREZ-BORRERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8752. DIXON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8760. ARBEITER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8768. PERKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8770. CARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8772. WILSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–8776. BOWMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1362. UNITED STATES v. ESTRADA. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 94–1393. SELSKY v. YOUNG. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 94–1491. MICHIGAN v. BANKS. Ct. App. Mich. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 94–1583. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS v. BARGER ET AL. Sup. Ct. Ill. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 94–642. MOORE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE SCALIA would grant the petition, vacate the judgment, and remand the case for further consideration in light of United States v. Lopez, ante, p. 549.